**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| **JUDY GAUTHIER, Individually and on behalf of LARRY GAUTHIER and his estate, *et al.*,** | § | |
| ***Plaintiffs,*** | § | |
| **v.** | § | **CIVIL ACTION NO. 1:07-CV-12-TH JURY** |
| **UNION PACIFIC RAILROAD COMPANY, *et al.*,** | § | |
| ***Defendants.*** | § | |

## ORDER

Before the Court are *Defendants' Motion for Leave to File a Motion to Dismiss Civil Action No. 1:09-cv-361* [Clerk's Docket No. 141], and *Defendants' Motion to Dismiss Civil Action No. 1:09-cv-361* [Clerk's Docket No. 142], both filed June 16, 2009. Having reviewed the motion for leave, and finding good cause to grant it, and the motion to dismiss, which is unopposed, the Court will grant both motions.

Civil Action No. 1:09-cv-361 was removed to this Court on May 4, 2009, having been filed in the 172d Judicial District Court of Jefferson County on December 22, 2008. Plaintiffs did not move to remand. The suit concerned the same accident that is the concern of this suit, which occurred on December 29, 2006, and was filed by Anthony Gauthier. This Court subsequently consolidated the cases [Clerk's Docket No. 136].

Defendants now argue that Anthony Gauthier's state suit is barred by limitations, directing the Court to Louisiana Civil Code Article 2315.2(B). Even assuming that the statute of limitations

at issue is a procedural, as opposed to substantive, law the result is the same under the Texas "borrowing statute," Texas Civil Practice and Remedies Code section 71.031, which provides that a resident of a foreign state may bring a suit in Texas if the action is "begun within the time provided by the laws of the foreign state." Tex. Civ. Prac. & Rem. Code § 71.031(a)(3). *See also Johansen v. E.I. Dupont De Nemours & Co.*, 810 F.2d 1377, 1381 (5th Cir. 1987). However the Court arrives at it, the Louisiana statute requires the suit to be brought within one year, and so the Court must now dismiss the suit.

**IT IS THEREFORE ORDERED** that *Defendants' Motion for Leave to File a Motion to Dismiss Civil Action No. 1:09-cv-361* [Clerk's Docket No. 141] and *Defendants' Motion to Dismiss Civil Action No. 1:09-cv-361* [Clerk's Docket No. 142] are both **GRANTED.**

**IT IS FURTHER ORDERED** that the claims of Anthony Gauthier, formerly pled in Civil Action No. 1:09-cv-361, are ordered **DISMISSED.** Each party shall bear their own costs and fees.

**SO ORDERED.**

**SIGNED** this the **30** day of **July, 2009.**



Thad Heartfield
United States District Judge